UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RIEMAN REALTY, LLC. et al.,** ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| **CITY OF SPRINGFIELD,** ) | No. 3:17-cv-30019-MGM |
| Defendant, ) | |

<u>ORDER OF DISMISSAL</u>

August 28, 2017

**MASTROIANNI, D.J.**

**Pursuant to the court's memorandum and order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.**

**It is so ordered.**

<u>/s/ Mark G. Mastroianni</u>
U.S. District Court Judge